**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

LINDSAY GARCIA, a qualified voter
and a candidate in the Democratic Party
for the 5th congressional district, and on behalf of
of all others similarly situated; and EUGENE COLLINS,
a qualified voter

CIVIL ACTION

**VERSUS**

NO. 26-471-SDD-RLB

JEFF LANDRY, in his official capacity as Governor
of the State of Louisiana; ELIZABETH B. MURRILL,
in her official capacity as Attorney General of the State
of Louisiana; and NANCY LANDRY, in her official
capacity as Secretary of State of the State of Louisiana

**AND**

SHAWON BERNARD, LEAGUE
OF WOMEN VOTERS OF
LOUISIANA, ET. AL.

CIVIL ACTION

**VERSUS**

NO.   26-487-JWD-SDJ

NANCY LANDRY, IN HER OFFICIAL
CAPACITY AS SECRETARY OF STATE
OF LOUISIANA

<u>**ORDER**</u>

In the interest of judicial economy,

**IT IS ORDERED** that Civil Action 26-487-JWD-SDJ, *Bernard et al v. Landry* is hereby

reassigned from United States District Judge John W. deGravelles and Magistrate Judge Scott

D. Johnson to United States Chief Judge Shelly D. Dick and Magistrate Judge Richard L.

Bourgeois.

Signed in Baton Rouge, Louisiana, on May 5, 2026.

                    _____

                    **CHIEF JUDGE SHELLY D. DICK**
                    **UNITED STATES DISTRICT COURT**
                    **MIDDLE DISTRICT OF LOUISIANA**

                    _____

                    **JUDGE JOHN W. deGRAVELLES**
                    **UNITED STATES DISTRICT COURT**
                    **MIDDLE DISTRICT OF LOUISIANA**