# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Shawon Bernard, et al

Plaintiff

v.

NANCY LANDRY, SEC OF STATE, OFFICIAL CAPACITY

Defendant

3:26-00487

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Carey T. Jones

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*
The undersigned is not aware of any party with a financial interest in the outcome of the case.

Carey T. Jones, # 07474

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.