**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

SHAWON BERNARD, et al.

     vs.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana

CIVIL ACTION
NO. 26-00487-SDD-RLB

---

### NOTICE OF BRIEFING & ORDER TO SHOW CAUSE

Considering the Court's *Ruling* and *Transfer Order* under the First-to-File Rule in *Collins v. Landry, et al.*, No. 26-cv-471, Rec. Doc. 26, and the fact that this matter is essentially identical in the legal arguments and requested relief, Plaintiffs shall file an Opposition to Defendant's *Motion to Dismiss or Transfer Venue*, Rec. Doc. 12, on or before May 18, 2026, showing cause why this case should not also be transferred to the United States District Court for the Western District of Louisiana.

     **ORDERED**, on this 13th day of May, 2026

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**