**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Shawon Bernard, Santrica Pope, Phyllis V. Mercadel, Joyce Davis Sims, League of Women Voters of Louisiana, League of Women Voters of Louisiana Education Fund, <br><br> *Plaintiffs*, <br><br> v. <br><br> Nancy Landry, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | CIVIL ACTION NO. 3:26-cv-00487 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Shawon Bernard, Phyllis V. Mercadel, Santrica Pope, Joyce Davis Sims, and Charla Jo Johnson; and the League of Women Voters of Louisiana and League of Women Voters of Louisiana Education Fund (collectively, the "LWVLA"), hereby give notice that the above-captioned action is voluntarily dismissed against all Defendants. No Defendant has served an answer or moved for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs therefore notice voluntary dismissal of this action without prejudice. Fed. R. Civ. P. 41(a)(1)(B)

Date: May 18, 2026

Davin Rosborough*
Dayton Campbell-Harris*
Ming Cheung*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor

Respectfully submitted,

/s/ *Malcolm Lloyd*
Malcolm Lloyd (La. Bar No. 41573)
Nora Ahmed*
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

1

New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org

T. Alora Thomas-Lundborg
Michelle Leung**
RACE & LAW CLINIC - HARVARD LAW
SCHOOL
1607 Massachusetts Avenue, 3d Floor
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
mleung@law.harvard.edu

mlloyd@laaclu.org

Stuart Naifeh*
John S. Cusick*
Victoria Wenger*
Colin Burke*
NAACP LEGAL DEFENSE AND EDUCATIONAL
FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL
FUND, INC.
700 14th Street, Suite 600
Washington DC 20005
dross@naacpldf.org

*Attorneys for Plaintiffs*

*Pro Hac Vice Motion Forthcoming