**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**SHAWON BERNARD, ET AL.**

**VERSUS**                                                                 **NO. 26-487-SDD-RLB**

**NANCY LANDRY, in her official capacity**
**As Secretary of State of Louisiana**

<u>**ORDER**</u>

The parties having filed a *Plaintiffs' Notice of Voluntary Dismissal*;[1]

**IT IS ORDERED** that the above-captioned and entitled action brought by Plaintiffs,

Shawon Bernard, Phyllis V. Mercadel, Santrica Pope, Joyce Davis Sims, and Charla Jo

Johnson; and the League of Women Voters of Louisiana and League of Women Voters

of Louisiana Education Fund (collectively, the "LWVLA"), hereby give notice that the

above-captioned action is voluntarily dismissed, without prejudice, against all Defendants

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed in Baton Rouge, Louisiana, on <u>May 18, 2026</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.